UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| T. L. BURNS, III | CIVIL ACTION NO. 06-883 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| B. M. SOTAK, ET AL., ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Record Document 15) filed by Defendant Ronald J. Miciotto is **GRANTED** as follows: (1) any claims against Defendant Ronald J. Miciotto that purport to arise under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE** and, (2) pursuant to 28 U.S.C. § 1367(c), all other claims against Defendant Ronald J. Miciotto are **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 14th day of August, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE