UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| T. L. BURNS, III | CIVIL ACTION NO. 06-883 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| B. M. SOTAK, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss (Record Document 34) is **GRANTED** and all of Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 37(d) and for failure to prosecute.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 20th day of August, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE